**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7360**

———————

RODNEY LEON ALLS,

Plaintiff - Appellant,

versus

VERNON SMITH, Doctor, Health Services Director
of the Virginia Department of Corrections; W.
F. AMONETTE, Doctor, Health Care Provider at
the Pulaski Correctional Unit #1,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-01-574-7)

———————

Submitted: February 6, 2003        Decided: February 20, 2003

———————

Before WILKINS, Chief Judge, and MICHAEL and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodney Leon Alls, Appellant Pro Se. Jim Harold Guynn, Jr., GUYNN &
MEMMER, P.C., Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Leon Alls appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Alls v. Smith</u>, No. CA-01-574-7 (W.D. Va. Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>